**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Alaina RIGGINS, Defendant–Appellant.**

**No. 12–10546 Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Jan. 15, 2013.

Peter J. Sholl, Robert E. O'Neill, Thomas Nelson Palermo, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Grady Charles Irvin, Jr., Irvin Law Firm, LLC, Tampa, FL, Alaina Nichole Riggins, USP Coleman II, Coleman, FL, for Defendant–Appellant.

Before MARCUS, JORDAN and KRAVITCH, Circuit Judges.

870

PER CURIAM:

Grady C. Irvin, appointed counsel for Alaina Riggins in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Riggins's conviction and sentence are **AFFIRMED.**